THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-00681-BR

| | |
|---|---|
| LAW ENFORCEMENT ASSOCIATES, INC., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| TASER INTERNATIONAL, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

This cause comes before the Court upon the parties' joint motion to stay deadlines pending settlement of this case. (DE-18). The parties state they have reached a settlement agreement in principle that resolves all claims and counterclaims in the case, and that they expect to file a stipulation of dismissal within the next twenty-one (21) days. Accordingly, the parties request a stay of all deadlines for twenty-one days while they finalize their settlement agreement.

Upon consideration of the parties' joint motion and for good cause shown, the motion to stay deadlines (DE-18) is GRANTED. It is hereby ORDERED that all deadlines in this case will be stayed for twenty-one (21) days, up to and including April 13, 2012.

DONE AND ORDERED in Chambers in Raleigh, North Carolina this 23rd day of March, 2012.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE