UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LAW ENFORCEMENT ASSOCIATES, INC.,<br><br>                       Plaintiff,<br><br>         vs.<br><br>TASER INTERNATIONAL, INC.,<br><br>                    Defendant. | Case No: 5:11-cv-681-BR |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in consideration of the parties' Settlement Agreement and General Release, Plaintiff Law Enforcement Associates, Inc. and Defendant TASER International, Inc., through their respective counsel, hereby file this Joint Stipulation of Dismissal. The parties herein stipulate that they voluntarily dismiss, with prejudice, all claims and counterclaims asserted in this action, each party to bear its own costs and attorneys' fees.

The parties hereby agree to the foregoing Stipulation:

| | |
|---|---|
| HALL, RODGERS, GAYLORD<br>& MILLIKAN, PLLC | WILLIAMS MULLEN |
| */s/ Paul B. Hlad*<br>Paul B. Hlad<br>NC State Bar No. 28892<br>200 Commonwealth Court, Suite 200<br>Cary, NC 27511<br>Telephone: (919) 852-1900<br>Facsimile: (919) 852-1972<br>phlad@hallrodgers.com | */s/ Robert C. Van Arnam*<br>Robert C. Van Arnam<br>NC State Bar No. 28838<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601<br>Telephone: (919) 981-4000<br>Facsimile: (919) 981-4300<br>rvanarnam@williamsmullen.com |
| *Counsel for Plaintiff*<br>*Law Enforcement Associates, Inc.* | *Counsel for Defendant*<br>*TASER International, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Paul B. Hlad*

Paul B. Hlad
NC State Bar No. 28892
HALL, RODGERS, GAYLORD
& MILLIKAN, PLLC
200 Commonwealth Court, Suite 200
Cary, NC 27511
Telephone: (919) 852-1900
Facsimile: (919) 852-1972
phlad@hallrodgers.com

*Counsel for Plaintiff*
*Law Enforcement Associates, Inc.*